```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Akiba Malik Matthews

    v.                                                                        Case No. 17-cr-279-JL

FCI Berlin, Warden

## CORRECTED ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 28, 2020.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: February 19, 2021

cc:   Akiba Malik Matthews, pro se
       Seth R. Aframe, AUSA